IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

*OKLAHOMA CITY, OKLAHOMA*

*DATE:*   June 10, 2005

| | |
|---|---|
| MICHAEL TODD TAYLOR, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. CIV-03-1552-T |
| | ) |
| WOOLLEY, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

*ENTER ORDER:*

The Court has before it Plaintiffs' April 19, 2005, "Application for Leave to Add Additional Witnesses and Exhibits" and Plaintiffs' May 20, 2005, "Supplemental Application for Leave to Add an Additional Exhibit." Responses to the applications have been filed by Defendants National-Oilwell, L.P., as successor-in-interest to Phoenix Energy Products, Inc., and Phoenix Energy Products Holdings, Inc.; Woolley Inc., also named as d/b/a Woolley Tool & Manufacturing, Inc. and Woolley Tool And Mfg., Inc.; National-Oilwell, Inc.; NOW Oilfield Services, Inc.; and National Supply Company, Inc. However, as the applications were filed before Defendant Chromalloy American Corporation filed its answer to the amended complaint, Defendant Chromalloy American may not have been aware of Plaintiffs' requests.

Accordingly, Defendant Chromalloy American is granted ten days from the date of this order to file a response to Plaintiffs' application. In its response, Defendant Chromalloy American should also address whether it will be requesting an enlargement of the deadlines in the Court's scheduling orders and whether it wants to file a response to either pending summary judgment motion (Doc. Nos. 133, 136).

**ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE RALPH G. THOMPSON**

                                              Robert D. Dennis, Clerk

                                              By: /s/ Mike Bailey
                                                      Deputy Clerk

Copies to parties of record.