IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

*OKLAHOMA CITY, OKLAHOMA*

*DATE:*   June 10, 2005

| | |
|---|---|
| MICHAEL TODD TAYLOR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.                              ) | Case No. CIV-03-1552-T |
| ) | |
| WOOLLEY, INC., *et al.*,     ) | |
| ) | |
| Defendants. ) | |

*ENTER ORDER:*

The Court has before it the amended "Final Pretrial Report" filed on May 19, 2005.  The Report is not accepted and is returned to the parties as the proposed report fails to include any allegations or contentions on behalf of Defendant Chromalloy American Corporation.  A new deadline for the submission of a second amended proposed report shall be established after Defendant Chromalloy American Corporation responds to the Court's order regarding its need for discovery.

**ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE RALPH G. THOMPSON**

                                                Robert D. Dennis, Clerk

                                                By: /s/ Mike Bailey
                                                          Deputy Clerk

Copies to parties of record.