**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

MICHAEL TODD TAYLOR, *et al.*,           )
                                          )
                 Plaintiffs,              )
                                          )
v.                                        )    Case No. CIV-03-1552-T
                                          )
WOOLLEY, INC., *et al.*,                  )
                                          )
                 Defendants.              )

### ORDER

The Court has before it the "Response of Defendant Chromalloy American Corporation Regarding

Discovery and Summary Judgment and Request for Trial Deadlines," filed September 1, 2005.  Upon

review of the response, the Court finds it to be meritorious and the requests therein should be granted.

Accordingly, the Court establishes the following deadlines to govern the remainder of this litigation:

| | |
|---|---|
| Deadline for Defendant Chromalloy to file its final witness and exhibit lists: | October 3, 2005 |
| Deadline for Defendant Chromalloy to submit its expert witness report(s): | October 7, 2005 |
| Deadline for depositions for any lay and expert witnesses identified by Defendant Chromalloy but not identified or listed by any other party: | October 31, 2005 |
| Deadline for Defendant Chromalloy to respond to the other parties motions for summary judgment[1]: | November 1, 2005 |

---

[1] *Plaintiffs and the Woolley defendants filed motions for summary judgment in mid-May.  (Doc. Nos. 133, 136.)*

| | |
|---|---|
| Deadline for Defendant Chromalloy to file a motion for summary judgment: | November 1, 2005 |
| Deadline for Plaintiffs and Woolley defendants to file a motion for summary judgment with respect to Defendant Chromalloy: | November 1, 2005 |
| Deadline for motions in limine, designation of deposition testimony, requested voir dire, trial briefs, and requested jury instructions: | January 6, 2006 |
| Objections to trial submissions: | Five days from filing |
| Proposed Final Pre-trial Report: | January 6, 2006 |
| Trial: | To be set |

IT IS SO ORDERED this 6th day of September, 2005.


_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE